or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 212 So. 2d 154.

Writ refused. On the facts found by the Court of Appeal, there is no error in the judgment complained of.

214 So.2d 719

**COMMERCIAL CREDIT EQUIPMENT CORPORATION**

v.

**LARRY PARROT OF GUEYDAN, INC.**

No. 49458.

Oct. 25, 1968.

In re: Larry Parrot of Gueydan, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vermilion. 212 So.2d 860.

Writ refused. There appears no error of law in the Court of Appeal's judgment.